**FILED**
July 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BISHOY ELKHALINY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL NO. SA-20-CV-00100-OLG |
| BEXAR COUNTY, TEXAS, JENSY MIGUEL CONTRERAS, JOSEPH HUMBERTO MARTINEZ III., | § § § § § § | |
| *Defendants*. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

On June 22, 2022, the Court entered an order denying Defendants Contreras and Martinez's Motion for Summary Judgment (Dkt. No. 30) and granting Defendant Bexar County's Motion for Summary Judgment (Dkt. No. 32). On July 19, 2022 Defendants Contreras and Martinez filed a Notice of Interlocutory Appeal.

**IT IS THEREFORE ORDERED** that the case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the outcome of the interlocutory appeal.

The Clerk of the Court is **ORDERED** to close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is **SO ORDERED**.

**SIGNED** this 20th day of July, 2022.

ORLANDO L. GARCIA
Chief United States District Judge