

# United States Court of Appeals
## for the Fifth Circuit

**FILED**

Certified as a true copy and issued
as the mandate on Nov 03, 2022

Attest: *Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-50646

NOV - 3 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

BISHOY ELKHALINY,

*Plaintiff—Appellee/Cross-Appellant,*

versus

JENSY MIGUEL CONTRERAS; JOSEPH HUMBERTO MARTINEZ, III,

*Defendants—Appellants/Cross-Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-100-OLG

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 03, 2022, pursuant to appellant's motion.

No. 22-50646

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____
  *Melissa Mattingly* (signature)
  Melissa V. Mattingly, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**